**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONTAE GORDON, ) | |
| ) | |
| ) | |
| Plaintiff, ) | 2:26-CV-522 |
| ) | |
| v. ) | |
| ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This *pro se* case was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.

Mr. Gordon filed this habeas petition seeking to restore the 27 days of Good Conduct Time that he lost following a disciplinary hearing that he alleges violated his due-process rights.  ECF 1-1 at 2.  Since the filing of his petition, Mr. Gordon has been released from prison.  ECF 6 at 1.  Because of Mr. Gordon's release, Judge Kelly issued an R&R recommending that this Court dismiss Mr. Gordon's petition as moot.  Mr. Gordon never objected, and after review, the Court agrees with Judge Kelly and adopts the R&R in full.

The Court **HEREBY DISMISSES** Mr. Gordon's habeas petition (ECF 1) as moot.  The Clerk of Court shall mark this case as **CLOSED**.

Date: July 23, 2026

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge

- 1 -

- 2 -

cc:
DONTAE GORDON
2345 LOS ANGELES AVE
Pittsburgh, PA 15216